

**Trey Grayson**
Secretary of State

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718
Phone: (502) 564-3490
Fax: (502) 564-5687

August 19, 2010

SIEMENS ENERGY, INC. FKA WHEELABRATOR AIR POLLUTION CONTROL, INC.
SERVE CT CORPORATION SYSTEM
501 GRANT STREET 4TH FLOOR
PITTSBURGH, PA 15219

FROM:   SUMMONS DIVISION
        SECRETARY OF STATE

RE:     CASE NO: 10-CI-00149

COURT:  Circuit Court Clerk
        Trimble County
        PO Box 248
        Bedford, KY 40006
        Phone: (502) 255-3213

Legal action has been filed against you in the captioned case. As provided under
Kentucky law, the legal documents are enclosed.

**Questions regarding this action should be addressed to:**

    **(1) Your attorney, or**
    **(2) The attorney filing this suit whose name should appear on**
        **the last page of the complaint, or**
    **(3) The court or administrative agency in which the suit is filed**
        **at the clerk's number printed above.**

The Kentucky Secretary of State has NO POWER to make a legal disposition of this
case. Your responsive pleadings should be filed with the clerk of the court or agency
where the suit is filed and served directly on your opposing party.

No copy of future pleadings need be sent to this office unless you wish us to serve
the pleading under a particular statute or rule and pay for said service.

---

| AOC-105<br>5-90<br><br>Commonwealth of Kentucky<br>Court of Justice<br><br>CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | Case No.: *10-CI-00149*<br><br>Court:_____Circuit_____<br><br>County:_____Trimble_____ |

MATHIAS METAL SYSTEMS, LLC                                        PLAINTIFF

V.

SEIMENS ENERGY, INC., ET AL.                                        DEFENDANTS

**Serve:**   SIEMENS ENERGY, INC.   **(VIA KENTUCKY SECRETARY OF STATE)**
(FORMERLY WHEELABRATOR AIR
POLLUTION CONTROL, INC.)
Serve: CT Corporation System
501 Grant Street 4th floor
Pittsburgh, PA 15219

**RECEIVED**

AUG 19 2010

SECRETARY OF STATE
COMMONWEALTH OF KY

THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANTS:

You are hereby notified that a legal action has been filed against you in this court demanding relief as shown on the document delivered to you with this summons.  Unless a written defense is made by you or by an attorney in your behalf within 20 days following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding such relief against you or his (their) attorney(s) are shown on the document delivered to you with this summons.

Date: *August 17, 2010*         Clerk: *Theresa Edwards*

By: *Shirley Hudson*

**PROOF OF SERVICE**

This summons was served by delivering a true copy and the complaint (or other initiating document) to:

_____

This _____ day of _____, 2010.

Served by: _____

COMMONWEALTH OF KENTUCKY
TRIMBLE COUNTY CIRCUIT COURT
CIVIL BRANCH
CIVIL ACTION NO. 10-CI- *00149*

MATHIAS METAL SYSTEMS, LLC,                               )
a Tennessee limited liability company                    )
                                                         )
                                                         )
               PLAINTIFF                                 )
                                                         )
                                                         )
V.                                                       )
                                                         )
                                                         )
SIEMENS ENERGY, INC.                                     )
(FORMERLY WHEELABRATOR AIR                               )
POLLUTION CONTROL, INC.)                                 )
Serve: CT Corporation System                             )
501 Grant Street 4th floor                    )
Pittsburgh, PA 15219                                     )
                                                         )
                                                         )
BECHTEL POWER CORPORATION                                )
Serve: CT Corporation System                             )
306 West Main Street, Suite 512                          )
Frankfort, KY 40601                                      )
                                                         )
LOUISVILLE GAS AND ELECTRIC COMPANY                      )
Serve: CT Corporation System                             )
306 West Main Street, Suite 512                          )
Frankfort, KY 40601                                      )
                                                         )
ILLINOIS MUNICIPAL ELECTRIC AGENCY                       )
Serve: 3400 Conifer Drive                                )
Springfield, IL 62711                                    )
                                                         )
KENTUCKY UTILITIES COMPANY                               )
Serve: CT Corporation System                             )
306 West Main Street, Suite 512                          )
Frankfort, KY 40601                                      )
                                                         )
INDIANA MUNICIPAL POWER AGENCY                           )
Serve: Corporate Headquarters                            )
11610 North College Avenue                               )
Carmel, IN 46032                                         )
                                                         )
                                                         )
LG&E CAPITAL TRIMBLE COUNTY LLC                          )
Serve: Kentucky Secretary of State                       )
220 West Main Street                                     )
Louisville, KY 40202                                     )
                                                         )
                                                         )

FILED
THERESA EDWARDS, CIRCUIT CLERK
AUG 1 6 2010
TRIMBLE CIRCUIT DISTRICT COURTS
BY: _____ D.C.

A true copy Attest: *8-17-2010*
Date: _____
Theresa Edwards, Circuit Clerk
Trimble Circuit/District Courts
By: _____ D.C.

1

COMMONWEALTH OF KENTUCKY,       )
COUNTY OF TRIMBLE              )
Serve: Perry Arnold, County Attorney   )
      543 West Street                )
      Bedford, KY 40006           )
                                   )
CITY OF BEDFORD, KENTUCKY     )
Serve:  Russell Clifton, Mayor       )
      City Hall                    )
      147 Victory Ave.              )
      Bedford, KY 40006           )
                                   )
DEFENDANTS                   )

## COMPLAINT

Plaintiff, Mathias Metal Systems, LLC, a Tennessee limited liability company ("Mathias" or

"Plaintiff"), by counsel, for its cause of action against the Defendants herein, states as follows:

1.      The Plaintiff is a Tennessee limited liability company in good standing, having its principal place

of business at 6532 Waconda Point Drive, Harrison, Tennessee 37341.

2.      The Defendant, Siemens Energy, Inc., f/k/a Wheelabrator Air Pollution Control, Inc.,

("Siemens") is a Delaware corporation with its principal office located at 501 Grant Street, 4th Floor,

Pittsburgh, PA 15219 and whose agent for service of process is CT Corporation System, 1209 North

Orange Street, Wilmington, DE 19801.

3.      The Defendant, Bechtel Power Corporation, ("Bechtel") is a California corporation with its

principal office located at 50 Beale Street, San Francisco, California 94105 and whose agent for service of

process is CT Corporation System, 818 West Seventh Street, Los Angeles, California 90017.

4.      The Defendant, Louisville Gas and Electric Company, ("LG&E") is a Kentucky

corporation with its principal office located at 220 West Main Street, LGE11 Legal Department, Louisville,

Kentucky, 40202 and whose agent for service of process is CT Corporation System, 306 West Main Street,

Suite 412, Frankfort, Kentucky 40601.

2

5.    The Defendant, Illinois Municipal Electric Agency, ("IMEA") is an Illinois Municipal Corporation with its principal office located at 3400 Conifer Drive, Springfield, IL 62711.

6.    The Defendant, Kentucky Utilities Company, ("KU") is a Kentucky corporation with its principal office located at 220 West Main Street, Louisville, Kentucky 40202 and whose agent for service of process is CT Corporation System, 306 West Main Street, Suite 412, Frankfort, Kentucky 40601.

7.    The Defendant, Indiana Municipal Power Agency, ("IMPA") is a body corporate and politic and a political subdivision of the state of Indiana, branch or corporation, with its principal office located at 11610 North College Avenue, Carmel, Indiana 46032.

8.    The Defendant, LG&E Capital Trimble County, LLC, ("LG&E Capital") is a Kentucky limited liability company, with its principal office located at 220 West Main Street, Louisville, KY 40202 and whose agent for service of process is the Kentucky Secretary of State.

9.    The Defendant, Commonwealth of Kentucky, County of Trimble ("County") is a governmental entity and taxing authority. County is named as a defendant so that it can appear and assert any interest in and to the property which is the subject of this lawsuit, or be forever barred. County may have an interest in the real property and must come forth and assert that interest or forever be barred.

10.    The Defendant, City of Bedford, Kentucky ("City") is a governmental entity and taxing authority. City is named as a defendant so that it can appear and assert any interest in and to the property which is the subject of this lawsuit, or be forever barred. City may have an interest in the real property and must come forth and assert that interest or forever be barred.

11.    This court has jurisdiction over the parties and venue is proper in Trimble County, Kentucky.

## COUNT I

12.     From December 17, 2007 through and including May 11, 2010, the Plaintiff furnished labor and materials for the improvements of certain real property located at Corn Creek Road in or near Bedford, Trimble County, Kentucky (the "Real Property"), and more particularly in **Exhibit A** attached hereto and incorporated herein and as described in the Mechanic's Liens attached to and incorporated in as **Exhibits B, C and D**.

13.     Based upon information and belief, the Plaintiff asserts that the actual improvements relate to the real property described in **Exhibit D** (the "Subject Real Property"), and upon stipulation by the other parties and creditable evidence, the Plaintiff will release all other properties comprising the Real Property.

14.     The Subject Real Property described in **Exhibit D** is owned by the Defendants, LG&E, IMEA, KU, IMPA, and LG&E Capital (collectively referred to herein as "Owners"). Defendant Bechtel is the general contractor employed to construct certain improvements on the Subject Real Property. Defendant Siemens is a subcontractor of Bechtel who contracted to provide certain labor and materials for the construction of the improvements on the Subject Real Property or Real Property.

15.     The labor and materials furnished by Mathias were delivered to the Subject Real Property or Real Property at the request of Defendant, Siemens, by and through its principals. The labor and materials were incorporated into the improvements on the Subject Real Property or Real Property by Bechtel and/or its agents.

16.     Mathias has not received payment in full for the labor and materials furnished to the Subject Real Property or Real Property.

17.     Subsequent to the delivery of the labor and materials in question, Mathias notified the Defendants via Certified Mail, Return Receipt Requested, of its intent to file a lien against the Subject

4

Real Property and Real Property due to the fact that it has not been paid for the labor and materials furnished to the Subject Real Property or Real Property.

18.   On or about June 25, 2010, Mathias caused to be filed three (3) Mechanics' and Materialmen's Lien against the Subject Real Property and Real Property in accordance with K.R.S. 376.010 et. seq.

19.   The first mechanic's lien is filed of record in Encumbrance Book 12, Page 468, in the Trimble County Court Clerk's Office, against the property owned by LG&E Capital, ("Tract One"). A copy of this mechanic's and materialman's lien filed against Tract One is attached hereto as **Exhibit B.**

20.   The second mechanic's and materialman's lien is filed of record in Encumbrance Book 12, Page 474, in the Trimble County Court Clerk's Office, against the property owned by LG&E, IMPA and IMEA ("Tract Two"). A copy of this mechanic's and materialmen's lien filed against Tract Two is attached hereto as **Exhibit C.**

21.   The third mechanic's and materialman's lien is filed of record in Encumbrance Book 12, Page 487, in the Trimble County Court Clerk's Office, against the property owned by LG&E, IMPA, KU and IMEA ("Tract Three"). A copy of the mechanic's and materialmen's lien filed against Tract Three is attached hereto as **Exhibit D.** (The mechanic's and materialmen's liens referred to in Paragraphs 19, 20 and 21 of this Complaint are collectively referred herein as the "Liens" and the property encumbered thereby is collectively referred to herein as the "Real Property".)

22.   The Liens against the Real Property constitute valid and enforceable liens upon the Real Property, which are valid and enforceable to secure payment of said Liens.

23.   As of June 24, 2010, there remained due and owing the Plaintiff, the sum of $632,025.02, plus finance charges, attorney's fees, and interest. Said sums are just, due and owing and

there are no setoffs, counterclaims or recoupments against such sum. The Plaintiff has made demand for payment but the Defendants have failed and refused to pay same.

24.     The Real Property and the improvements thereon cannot be divided without materially impairing its value and the interest of the parties hereto and said Real Property should be sold in its entirety with the proceeds of such sale, after payment of court costs, expenses of sale and any and all delinquent *ad valorem* city and county taxes, being applied to the indebtedness owed to the Plaintiff as its priority is set forth in the records of the Trimble County Court Clerk's Office and as such records are defined herein.

## COUNT II

The Plaintiff incorporates herein by reference the allegations contained in Paragraphs 1 through 24 of the Complaint.

25.     The Plaintiff and the Defendant, Siemens, entered into a contractual relationship on or about November 27, 2007 whereby Defendant Siemens agreed to purchase certain insulation and lagging materials, supplies and labor from the Plaintiff, and the Plaintiff agreed to sell these materials, supplies and labor to Defendant Siemens. Plaintiff and Siemens modified the contract by change orders. (The contract and change orders are collectively referred to herein as the "Contract".) A copy of the Contract is attached hereto as **Exhibit E**.

26.     Plaintiff provided the materials, supplies and labor to the Real Property and provided Defendant Siemens with electronic invoices pursuant to the Contract ("Invoices"). A copy of the Invoices are attached hereto as **Exhibit F**.

27.     The materials and supplies were provided by Plaintiff in a timely fashion and were in good condition.

6

28.     Despite Plaintiff shipping the materials and supplies and sending Invoices to Defendant Siemens, Defendant Siemens has failed to pay the amounts due in full pursuant to the Contract.

29.     Defendant Siemens has breached the Contract by failing to pay Plaintiff the amount due under their contract.

30.     As a result of the breach of contract, Mathias has been damaged in an amount to be proved at trial and not less than Six Hundred Thirty Two Thousand Two Hundred Twenty-Five and 02/100 Dollars ($632,225.02).

## COUNT III

The Plaintiff incorporates herein by reference the allegations contained in paragraphs 1 through 30 of the Complaint.

31.     The Plaintiff, Mathias, provided materials which were incorporated into the Real Property owned by Owners.

32.     The Plaintiff Mathias was not compensated for these materials and supplies.

33.     The Defendants LG&E, IMEA, KU, IMPA, and/or LG&E Capital, as Owners of the Real Property have been unjustly enriched by the labor performed and the materials and supplies delivered and incorporated into the improvements.

34.     Mathias is entitled to recover an amount to be proven at trial for damages for certain work and benefits provided for which Mathias has not been paid based on the theories of quantum meruit, unjust enrichment, equitable estoppel, and implied contract.

## COUNT IV

The Plaintiff incorporates herein by reference the allegations contained in Paragraphs 1 through 34 by reference.

35.    Defendant Siemens, as a subcontractor, entered into a contract with the general contractor, Bechtel, whereby Siemens contracted to provide certain labor and materials to the Real Property at the request of Bechtel and Bechtel agreed to pay Siemens for said labor and materials.

36.    Defendant Siemens incorporated into its contract with Defendant Bechtel, the labor and materials to be supplied by Mathias and the cost of said labor and materials to be paid to Mathias by Siemens.

37.    Defendant Bechtel has not made payment to Defendant Siemens for the labor and materials provided by Mathias pursuant to its contract with Siemens.

38.    Mathias is an intended third party beneficiary of the contract between Siemens and Bechtel.

39.    Bechtel is in breach of its contract with Siemens by failing to pay Siemens for the materials and supplies provided by Mathias to the Real Property.

40.    As a result of the breach of contract by Defendant Bechtel, Mathias has been damaged in an amount to be proven at trial and not less than Six Hundred Thirty Two Thousand Two Hundred Twenty-Five and 02/100 Dollars ($632,225.02).

**WHEREFORE, the Plaintiff demands judgment as follows:**

1.    That proper process issue and be served on the Defendants requiring the Defendants to answer this Complaint within the time required by law.

2.    That Plaintiff has a judgment against the Defendants for the sum of Six Hundred Thirty Two Thousand Two Hundred Twenty-Five and 02/100 Dollars ($632,225.02) plus service charges, attorneys' fees, and interest at the highest lawful rate per annum and for all costs of this cause.

8

3. That the Plaintiff be adjudged to have a valid and enforceable lien on the Real Property in the order of priority as determined by the Court, securing the amount due to the Plaintiff.

4. That the Real Property be sold as a whole under proper orders of this Court, free and clear of all liens, claims, and interests of the parties hereto.

5. That the lien of the Plaintiff on the Real Property be transferred to the proceeds of sale of the Real Property, and that a sufficiency of the proceeds be applied first to satisfy the cost of this action, including the Plaintiff's reasonable attorneys' fees, then a sufficiency of the proceeds be applied to satisfy any delinquent *ad valorem* taxes, then a sufficiency of the proceeds be applied to satisfy in full the amount due and owing the liens on the Real Property in the order of priority as determined by the Court.

6. That all Defendants be required to come forth and assert whatever interest they may have in and to the Real Property, or the proceeds from the sale of the Real Property, or forever be barred.

7. That the Court order and direct any party to this action in possession of the Real Property vacate the property on or before the date of sale.

8. That this case be referred to the Master Commissioner of the Trimble Circuit Court for sale.

9. Plaintiff be awarded judgment against Defendant Siemens and Defendant Bechtel, jointly and severally, for breach of contract in the sum of Six Hundred Thirty Two Thousand Two Hundred Twenty-Five and 02/100 Dollars ($632,225.02) plus service charges, attorneys' fees, and interest at the highest lawful rate per annum and for all costs of this cause.

10. In the alternative, that Plaintiff be awarded judgment against LG&E, IMEA, KU, IMPA and LG&E Capital for unjust enrichment, quantum meruit, equitable estoppel, and implied contract, in the sum of Six Hundred Thirty Two Thousand Two Hundred Twenty-Five and 02/100

Dollars ($632,225.02) plus service charges, attorneys' fees, and interest at the highest lawful rate

per annum and for all costs of this cause.

      11.     That Plaintiff be awarded all other relief to which it may appear entitled.


Respectfully Submitted:

WALTHER, ROARK & GAY, PLC

Jonathan L. Gay
Walther, Roark & Gay, PLC
163 East Main Street, Suite 200
Lexington, Kentucky 40507